IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

PATTI J. NOVAK,
KIM K. NOVAK, and
JAMES S. NOVAK,

Defendants.

4:00CR353

ORDER

IT IS ORDERED that Plaintiff shall respond to Dr. Arthur C. Breyer's motion to change the name of the payee (Filing 292) on or before November 4, 2020.

Dated this 21st day of October, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge